## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Smith, Almeatra

Printed:  1/22/08

Case Number:  05 B 34322
Judge:  Goldgar, A. Benjamin
Filed:  8/29/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Completed:  November 12, 2007
Confirmed:  December 6, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 30,808.25 |  |
| Secured: |  | 10,545.69 |
| Unsecured: |  | 10,751.41 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,600.00 |
| Trustee Fee: |  | 1,183.99 |
| Other Funds: |  | 6,727.16 |
| Totals: | 30,808.25 | 30,808.25 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Select Legal - The First Choice | Administrative | 1,600.00 | 1,600.00 |
| 2. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 3. | United States Dept of HUD | Secured | 0.00 | 0.00 |
| 4. | Washington Mutual Bank FA | Secured | 43,770.47 | 10,545.69 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 59.50 | 350.00 |
| 6. | Steven D Gertler & Assoc | Unsecured | 2,342.41 | 0.00 |
| 7. | United Collection Bureau Inc | Unsecured | 100.57 | 591.60 |
| 8. | American General Finance | Unsecured | 153.55 | 903.25 |
| 9. | ShoreBank | Unsecured | 1,877.08 | 6,500.60 |
| 10. | Resurgent Capital Services | Unsecured | 409.01 | 2,405.96 |
| 11. | Columbia House | Unsecured |  | No Claim Filed |
| 12. | Ford Motor Credit Corporation | Unsecured |  | No Claim Filed |
| 13. | Northwestern Memorial Hospital | Unsecured |  | No Claim Filed |
| 14. | Alamo Rent A Car | Unsecured |  | No Claim Filed |
| 15. | Providian | Unsecured |  | No Claim Filed |
| 16. | South Shore Radiologyus Dept | Unsecured |  | No Claim Filed |
| 17. | Time Life Books | Unsecured |  | No Claim Filed |
| 18. | Providian | Unsecured |  | No Claim Filed |
| 19. | TCF Bank | Unsecured |  | No Claim Filed |
| 20. | South Shore Emergency Physicians | Unsecured |  | No Claim Filed |
|  |  |  | $ 50,312.59 | $ 22,897.10 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 492.25 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Smith, Almeatra

Printed:  1/22/08

Case Number:  05 B 34322

Judge:  Goldgar, A. Benjamin

Filed:  8/29/05

|  |  |
|---|---|
| 5% | 145.50 |
| 4.8% | 909.51 |
| 5.4% | (363.27) |
|  | _____ |
|  | $ 1,183.99 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: